**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1474**

_____

LUECRETIA DAWN OWENS-EL, f/k/a Luecretia Dawn McNair-Bey;
CHE' QUADAFFI WILLIAMS-EL,

　　　　　Plaintiffs - Appellants,

　　　v.

LIEUTENANT KAPFHAMMER; GEORGE GITHARA, Officer; CHRISTIAN V.
KAIKAI, Officer; JOSEPH LANDSMAN,

　　　　　Defendants – Appellees,

　　　and

JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE
#5; JOHN DOE #6, Office all of and from the Western District
Police Station for the Baltimore City Police Department; D.
M. ROSS, Sergeant,

　　　　　Defendants.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.　 J. Frederick Motz, Senior District
Judge. (1:10-cv-03213-JFM)

_____

Submitted:　November 21, 2013　　　Decided:　November 25, 2013

_____

Before KING, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Luecretia Dawn Owens-El, Che' Quadaffi Williams-El, Appellants Pro Se. Michael Lawrence Marshall, SCHLACHMAN, BELSKY & WEINER, PA, Baltimore, Maryland; Suzanne Sangree, BALTIMORE CITY LAW DEPARTMENT, Baltimore, Maryland, for Appellees.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luecretia Dawn Owens-El and Che' Quadaffi Williams-El appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Owens-El v. Kapfhammer, No. 1:10-cv-03213-JFM (D. Md. filed Mar. 8, 2013, entered Mar. 11, 2013; Aug. 22, 2012; filed May 13, 2011, entered May 16, 2011). We grant the motion for an extension of time, deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED